IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 05-60053-HO |
| Plaintiff, | |
| v. | **INDICTMENT** |
| JACOB ALBERT LASKEY, | [18 U.S.C. § 922(g)(1); and 18 U.S.C. § 1503] |
| Defendant. | |

**THE GRAND JURY CHARGES:**

Beginning on a date unknown and continuing until in or about April 6, 2005, in Springfield, Oregon, and elsewhere in the District of Oregon, Defendant JACOB ALBERT LASKEY, having been convicted of the following felony crime punishable by imprisonment for a term exceeding one year, to-wit:

1) Assault in the Third Degree in the Circuit Court of the State of Oregon for Lane County, Case No. 20-02-26294-B on or about March 13, 2003;

did knowingly possess the following firearm and ammunition, to-wit:

1) Colt .45 caliber black semiautomatic pistol, bearing Serial No. 37732B70;

2) multiple .45 caliber bullet cartridges; and

3) box of 7.62 mm ammunition;

which firearm and ammunition had been shipped or transported in interstate and foreign

Page 1 - INDICTMENT

commerce.

In violation of Title 18 U.S.C. Section 922(g)(1).

## COUNT 2

On or about July 21, 2004, in Eugene, Oregon, in the District of Oregon, Defendant JACOB ALBERT LASKEY did corruptly endeavor to influence, obstruct, and impede the due administration of justice by asking a person, served with a federal grand jury subpoena relating to an investigation where the defendant was the target, not to appear before the grand jury, instructing the person that the person did not need to say anything, and telling the person to contact other persons who would tell the person what to do.

In violation of Title 18, U.S.C. Section 1503.

DATED this 21st day of April, 2005.

/s/ Grand Jury Foreperson
_____
FOREPERSON

Presented by:

KAREN J. IMMERGUT
United States Attorney

_____
JEFFREY J. KENT
Assistant United States Attorney

Page 2 - INDICTMENT