IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 05-60053-01-HO |
| | ) | |
| v. | ) | ORDER OF DETENTION AFTER |
| | ) | HEARING (18 USC § 3142(i)) |
| Jacob Albert Laskey | ) | |
| | ) | |
| Defendant(s) | ) | |

☐ On motion of the Government involving an alleged:
　　☐ crime of violence　　　☐ offense with maximum sentence of life imprisonment or death;
　　☐ narcotics or controlled substance offense with maximum sentence of 10 or more years (21 USC §§ 801/ 951 *et seq*/955(a));
　　☐ felony and defendant has been convicted of two or more offenses described above; and/or
On motion ☑ by the Government/ ☐ by the court *sua sponte* involving:
　　☑ serious risk defendant will flee:
　　☑ serious risk defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate a prospective witness or juror or attempt to do so,

Having considered the nature and circumstances of the offense charged, the weight of evidence against the defendant, the history and characteristics of the defendant, and the nature and seriousness of the danger to any person or to the community that would be posed by the defendant's release, the court finds that:

☐ No condition or combination of conditions will reasonably assure the appearance of defendant as required due to:
　　☐ Foreign citizenship and/or illegal alien status　　☐ INS detainer
　　☐ Use of ☐ aliases ☐ multiple or false identification　　☐ Prior deportation(s)
　　☐ Unknown family/employment/community ties　　　☐ Unstable or no residence available
　　☐ Pertinent information ☐ unverified/unverifiable ☐ conflicting
　　☐ History of ☐ substance use/abuse ☐ mental illness
　　☐ Prior failure(s) to appear and/or supervision failure(s)　　☐ Outstanding warrant(s)
　　☐ _____

☑ No condition or combination of conditions will reasonably assure the safety of other persons or the community due to:
　　☒ Nature of offense　　　☐ Arrest behavior
　　☒ Criminal history　　　☐ Possession of weapon(s)
　　☐ Prior supervision failure(s)　　☐ History of ☐ substance use/abuse ☐ mental illness ☐ violent behavior
　　☐ _____

☑ Defendant poses a serious risk of obstructing justice or threatening, injuring or intimidating a witness and/or juror because  of
threats against witnesses
☐ Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 USC § 3142(e).

THEREFORE, IT IS ORDERED that:
　　1.　　Defendant is detained prior to trial;
　　2.　　Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separated, as far as practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
　　3.　　Defendant shall be afforded a reasonable opportunity for private consultation with his counsel;
　　4.　　The superintendent of the corrections facility in which defendant is confined shall make the defendant available to the United States Marshal for the purpose of appearance in connection with any court proceeding.

DATED: 4/22, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　United States Magistrate Judge

1 - DETENTION ORDER