Michelle A. Ryan, OSB No. 973882
Law Office of Michelle A Ryan, LLC
3439 SE Hawthorne Blvd., # 225
Portland, OR 97214
Telephone: (503) 284-3292
Fax (503) (503) 234-6207
mryan97388@yahoo.com

Attorney for Jacob Laskey

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR 6:05-cr-60053-1-MC |
| v. | |
| JACOB ALBERT LASKEY, | DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION FOR ORDER ALLOWING DEFENDANT' TO VIW HIS U.S. PROBATION FILE |
| Defendant. | |

I, Michelle A. Ryan, duly declare, under penalty of perjury, that the following is true and correct:

1. I represent Mr. Laskey on his violation of supervised release proceedings.

2. I have attempted to view or obtain a copy of Mr. Laskey's supervision/probation file through U.S. Probation and Pretrial Services and

the prosecutor's office to no avail.

3. Senior U.S. Probation Officer Jaret Ogasawara reported that: "Office policy is Probation does not release/disclose its records."

4. In order to prepare for Mr. Laskey's upcoming supervised release violation hearing, I need to review the evidence against him and any exculpatory evidence as well. This exculpatory evidence includes, but is not limited to his chronologies, monthly reports, reviews, and probation officer notes.

5. Based on my conversations with my client, I believe there is relevant information contained in his U.S. Probation file.

6. Opposing counsel's position on this motion is unknown. Counsel contacted opposing counsel by email on Monday and has not received a response. Respectfully submitted this __5th__ day of June, 2019.

       /s/ Michelle Ryan
       Michelle A. Ryan, OSB 973882
       Attorney for Mr. Laskey