AO 245D    Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
Sheet 1

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **JUDGMENT IN A CRIMINAL CASE** |
| Plaintiff, | (For Revocation of Probation or Supervised Release) |
| **v.** | **Case No.:  6:05-CR-60053-MC-1** |
| **JACOB ALBERT LASKEY** | **USM Number:  68777-065** |
| Defendant. | Michelle A. Ryan,<br>Defendant's Attorney |
| | Gavin W. Bruce,<br>Assistant U.S. Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of Special Condition No. 14.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Special Condition No. 14 | You must submit to substance abuse testing to determine if you have used a prohibited substance.  Such testing may include up to twelve (12) urinalysis tests per month.  You must not attempt to obstruct or tamper with the testing methods. | January 5, 2023 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 16, 2023
_____
Date of Imposition of Sentence


s/Michael J. McShane
_____
Signature of Judicial Officer

Michael J. McShane, U.S. District Judge
_____
Name and Title of Judicial Officer

February 17, 2023
_____
Date

AO 245D      Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
            Sheet 2 - Imprisonment
_____
DEFENDANT:  JACOB ALBERT LASKEY                                              Judgment-Page **2** of **3**
CASE NUMBER:  6:05-CR-60053-MC-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **six (6) months.**

☒The court makes the following recommendations to the Bureau of Prisons:

1.   The defendant shall receive all possible credits, including all credit for time served.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

  ☐  at _____ on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before _____ on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        _____
                                                        UNITED STATES MARSHAL

                                        By:             _____
                                                        DEPUTY UNITED STATES MARSHAL

AO 245D        Judgment in a Criminal Case for Revocation - DISTRICT OF OREGON CUSTOMIZED (Rev. 9/2017)
               Sheet 3D - Supervised Release

DEFENDANT:  JACOB ALBERT LASKEY                                            Judgment-Page **3** of **3**
CASE NUMBER:  6:05-CR-60053-MC-1

## SUPERVISED RELEASE

No further term of supervised release imposed in this case.